THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HYMAN BALATNICOV and DAVID ADLER, Appellants.

Argued November 28, 1940; decided December 31, 1940.

*Jacob Shientag, Francis J. McCaffrey, Irving Mendelson* and *Morris Straub* for Hyman Balatnicov, appellant.

*Meyer Alterman, Meyer Goldberg* and *T. Lawrence McGannon* for David Adler, appellant.

*Thomas E. Dewey, District Attorney (Stanley H. Fuld* and *Burr F. Coleman* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.